Alfred M. LEWIS, Jr., Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 408, 2015

Supreme Court of Delaware.

Submitted: August 24, 2015

Decided: September 25, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 9703011339

DISMISSED.

William T. WINDSOR, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 193, 2015

Supreme Court of Delaware.

Submitted: July 13, 2015

Decided: September 25, 2015

Court Below—Superior Court of the State of Delaware in and for Sussex County, Cr. ID Nos. 1212009736A, 1212009736B

AFFIRMED.

James MATOS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 149, 2015

Supreme Court of Delaware.

Submitted: July 30, 2015

Decided: September 29, 2015

Court Below: Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1003000386

AFFIRMED.